ORIGINAL

**BEHROUZ HAFEZI**[1]
**A29-281-728**
**San Diego Detention Center (CCA)**
**P.O. Box 439049**
**San Ysidro, CA 92143**

FILED
08 FEB -5 PM 3:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BEHROUZ HAFEZI,**<br>**[A29-281-728]**<br><br>**Petitioner,**<br><br>**V.**<br><br>**MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, MICHAEL MUKASEY, ATTORNEY GENERAL, ROBIN BAKER, DIRECTOR OF SAN DIEGO FIELD OFFICE, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, JOHN GARZON, OFFICER-IN-CHARGE,**<br><br>**Respondents.** | Civil Action No. '08 CV 0230 H POR<br><br>**NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COUNSEL** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that the petitioner, Behrouz Hafezi, will ask this Court to enter an order granting the motion listed below.

///

///

///

[1] The petitioner is filing the instant request for appointment of counsel with the assistance of James Fife and the Federal Defenders of San Diego, Inc., who drafted the instant motion.

**MOTION**

Petitioner, Behrouz Hafezi, pursuant to the United States Constitution, 18 U.S.C. § 3006A, and all other applicable statutes, case law and local rules, hereby moves this Court for an order appointing him counsel to assist him in his efforts to seek relief from his detention through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

This motion is based upon the instant notice of motion, the incorporated statement of facts and attached memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: 1-31-08

Behrouz Hafezi

**BEHROUZ HAFEZI**
Petitioner