# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| BEHROUZ HAFEZI, | Civil No. 08-0230 H (POR) |
| --- | --- |
| Petitioner, | **ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |
| vs. | |
| MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, et al | |
| Respondent. | |

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has also filed a request to proceed in forma pauperis which reflects a $274.65 trust account balance at the facility in which he is presently confined.

It appears Petitioner can afford the $5.00 filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, no later than April 7, 2008 provide the Court with: (1) a copy

1 | of this Order together with the $5.00 filing fee; or (2) a copy of this Order together with
2 | adequate proof that Petitioner cannot pay the $5.00 filing fee.
3 | **IT IS SO ORDERED.**
4 | DATED: February 7, 2008

*(signature)*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT