1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11

BEHROUZ HAFEZI,

Civil No.    08-0230 H (POR)

12

Petitioner,

**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE**

13

vs.

14
15
16

MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, et al

Respondent.

17
18

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of

19

Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of

20

Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner has also filed a request to proceed in

21

forma pauperis which reflects a $274.65 trust account balance at the facility in which he is

22

presently confined.

23

It appears Petitioner can afford the $5.00 filing fee.  Accordingly, the Court **DENIES** the

24

request to proceed in forma pauperis, and **DISMISSES** the case without prejudice.  To have the

25

case reopened, Petitioner must, no later than April 7, 2008 provide the Court with:  (1)  a copy

26
27
28

1  of this Order together with the $5.00 filing fee; or (2)  a copy of this Order together with

2  adequate proof that Petitioner cannot pay the $5.00 filing fee.

3      **IT IS SO ORDERED.**

4  DATED:   February 7, 2008

5                       MARILYN L. HUFF, District Judge
                           UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28