FILED
2008 FEB 11 PM 3:32
CLERK US DIST. COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 147492 - BH
* * C O P Y * *
February 11, 2008
15:24:21

Habeas Corpus
USAO #.: 08CV0230 HABEAS FILING
Judge..: MARILYN L HUFF
Amount.: $5.00 MO
Check#.: 11979410073

Total-> $5.00

FROM: HABEAS FILING
HAFEZI V. CHERTOFF ET AL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

BEHROUZ HAFEZI,

Petitioner,

vs.

MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, et al

Respondent.

Civil No. 08-0230 H (POR)

**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE**

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has also filed a request to proceed in forma pauperis which reflects a $274.65 trust account balance at the facility in which he is presently confined.

It appears Petitioner can afford the $5.00 filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, no later than April 7, 2008 provide the Court with: (1) a copy

of this Order together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee.

**IT IS SO ORDERED.**

DATED: February 7, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT