KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
State of California Bar No.
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-
Facsimile: (619) 557-5004
email: Raven.Norris@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHROUZ HAFEZI<br><br>Plaintiff,<br>v.<br><br>Michael Chertoff, et al.<br><br>Defendants. | Case No. 08cv0230-H (POR)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, Raven M. Norris, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4. The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (None)

Please call me if you have any questions about this notice.

DATED: January 8, 2008

KAREN P. HEWITT
United States Attorney

s/ *Raven M. Norris*

RAVEN M. NORRIS
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHROUZ HAFEZI,<br>Plaintiff,<br>v.<br>Michael Chertoff, et al<br>Defendants. | Case No. 08cv0230-H (POR)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF APPEARANCE (dated 2/1208)**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Behrouz Hafezi
A29-281-728
San Diego Detention Center
P.O. Box 439049
San Ysidro, CA 92143-9049

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2008

*s/ Raven M. Norris*
RAVEN M. NORRIS