**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEHROUZ HAFEZI,<br>Petitioner,<br>vs.<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.<br>Respondents. | CASE NO. 08-CV-230-H (POR)<br>ORDER REQUIRING RESPONSE FROM GOVERNMENT, SETTING SCHEDULE, AND DENYING MOTION FOR APPOINTMENT OF COUNSEL |

On February 5, 2008, petitioner Behrouz Hafezi ("Petitioner") filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241 along with motions to proceed in forma pauperis and for appointment of counsel. (Doc. Nos. 1-3.) The Court previously denied the motion to proceed in forma paueris, and Petitioner filed the required filing fee on February 11, 2008. (Doc. Nos. 5-6.)

**Motion to Appoint Counsel**

Under 18 U.S.C. § 3006A(a)(2)(B), a district court may appoint counsel for an impoverished Petitioner seeking relief under 28 U.S.C. § 2241 when "the interests of justice so require . . . ." This determination is within the discretion of the district court. See Bashor v. Risley, 730 F.2d 1228, 1234 (9th Cir. 1984). Here, the petition sets forth its grounds for relief with reasonable clarity, and the Court believes that Petitioner will

be able to sufficiently represent himself in the remaining proceedings. At this stage of the proceedings, the Court concludes that the interests of justice do not require appointment of counsel. Therefore, the Court denies petitioner's request for appointment of counsel without prejudice.

**Scheduling**

The Court also orders the government to respond to the petition according to the following schedule:

- The government shall file its opposition to the petition on or before **March 17, 2008**.
- Petitioner may file an optional reply brief on or before **April 21, 2008**.

The Court encourages the parties to meet and confer to determine whether they can reach an agreement on compliance with Zadvydas v. Davis, 533 U.S. 678 (2001).

IT IS SO ORDERED.

DATED: February 13, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.