ORIGINAL

**BEHROUZ HAFEZI**
12765 Amaranth St.
San Diego, CA 92129
Telephone: (858) 484-1546

FILED

08 FEB 29 AM 11:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. MARILYN L. HUFF)**

| | |
|---|---|
| **BEHROUZ HAFEZI,**<br>**Petitioner,**<br>**v.**<br>**MICHAEL CHERTOFF, et al.,**<br>**Respondents.** | CASE NO. 08CV0230-H (POR)<br>**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION**<br>**[Fed. R. Civ. P. 41(a)(1)]** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Petitioner Behrouz Hafezi, gives notice that he hereby dismisses the above-captioned action without prejudice. Inasmuch as Petitioner was released from the custody of respondents on February 15, 2008, his petition for a writ of habeas corpus is now moot.

DATED: 2/29/08

Behrouz Hafezi
**BEHROUZ HAFEZI**
Petitioner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEHROUZ HAFEZI, | ) | |
| | ) | Crim No. 08CV0230-H (POR) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Petitioner certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Petitioner's Notice of Voluntary Dismissal of Action [Fed. R. Civ. P. 41(a)(1)] has been served via U. S. Mail this day upon:

**Raven Norris**
**Assistant U. S. Attorney**
**880 Front Street**
**San Diego, CA 92101**

Dated: February 29, 2008

Sylvia Freeman